HUGH A. SMITH, petitioner-appellant,

*v.*

CHARLOTTE M. LOVELAND SMITH, defendant-respondent.

[Decided January 31st, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 Atl. Rep. 844.*

*Mr. John H. Kafes,* for the appellant.

*Mr. Alexander Trapp,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.